COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Brodereck Hearne v. The State of Texas

Appellate case number:    01-12-00243-CR

Trial court case number:  1330405

Trial court:                    230th District Court of Harris County

A supplemental clerk's record containing appointment of counsel for appellant has been filed in this Court. Therefore, we order the appeal **reinstated**.

The Clerk of this Court is directed to enter Mark Kratovil in the records as counsel for appellant.

The complete record has been filed in this Court. Therefore, appellant's brief is due 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief will be due 30 days from the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Justice Rebeca Huddle
         ☑ Acting individually    ☐ Acting for the Court

Date: October 2, 2012